USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# 
DATE FILED: 04  7/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CLARISSA GOLDSMITH,

                Plaintiff,

     -against-

THE CITY OF NEW YORK, *et. al.*,

                Defendants.

------------------------------------------------------------------ x

**STIPULATION OF SETTLEMENT OF ATTORNEYS' FEES**

10 CV 5781

------------------------------------------------------------------ x

DAKOTA DUNCAN,

                Plaintiff,

     -against-

THE CITY OF NEW YORK, *et. al.*,

                Defendants.

11 CV 0789

------------------------------------------------------------------ x

VANESSA GIAMALAKIS,

                Plaintiff,

     -against-

THE CITY OF NEW YORK, *et. al.*,

                Defendants.

11 CV 0786

------------------------------------------------------------------ x

------------------------------------------------------------------- x

ANNETTE POWELL,

                                      Plaintiff,                    11 CV 0787

        -against-

THE CITY OF NEW YORK, *et. al.*,

                                      Defendants.
------------------------------------------------------------------- x


------------------------------------------------------------------- x

CATHERINE C. CHOQUETTE,

                                      Plaintiff,                    10 CV 6485

        -against-

THE CITY OF NEW YORK, *et. al.*,

                                      Defendants.
------------------------------------------------------------------- x


------------------------------------------------------------------- x

LESLINE L. COLDEN,

                                      Plaintiff,                    11 CV 0788

        -against-

THE CITY OF NEW YORK, *et. al.*,

                                      Defendants.
------------------------------------------------------------------- x

---------------------------------------------------------------- x

ALICIA ROBINSON,

                                                                   11 CV 2926

                                 Plaintiff,

        -against-

THE CITY OF NEW YORK, *et. al.*,

                                 Defendants.
---------------------------------------------------------------- x

       **WHEREAS**, plaintiffs in the above-captioned matters filed complaints alleging that defendants violated plaintiffs' federal civil rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiffs' allegations; and

       **WHEREAS**, on April 19, 2012, the plaintiff in each of the above-captioned actions accepted Defendant City of New York's Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, for \$15,001.00, to be paid to each plaintiff, plus reasonable attorneys' fees, costs, and expenses up to April 6, 2012; and

       **WHEREAS**, on May 14, 2012, a judgment was entered in favor of each plaintiff in the above-captioned actions in the amount of \$15,001.00, plus reasonable attorneys' fees, costs, and expenses up to April 6, 2012; and

       **WHEREAS**, the parties now desire to resolve the issue of attorneys' fees, costs and expenses, without further proceedings; and

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1.      Defendant City of New York shall pay to plaintiffs' counsel, Emery Celli Brinkerhoff & Abady, LLP, the sum total of ONE HUNDRED TWENTY-THREE THOUSAND DOLLARS ($123,000.00) in full satisfaction of plaintiffs' attorneys' fees, expenses, and costs in the above-captioned actions, within ninety (90) days from the date of execution of this Stipulation; and

2.      This Stipulation of Settlement of Attorneys' fees ("Stipulation") shall not be construed to be an admission by any of the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York; and

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

3. This Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, and nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

Dated:   New York, New York
         July 2, 2012

EMERY CELLI BRINKERHOFF & ABADY, LLP
*Attorneys for Plaintiffs*
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

By: _____
    DEBBIE GREENBERGER, ESQ.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorneys for Defendants*
100 Church Street
New York, New York 10007

By: _____
    VIRGINIA J. NIMICK, ESQ.
    Assistant Corporation Counsel

SO ORDERED:

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE